UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07CV-P234-H

**DAVID TINDELL**                                                                                 **PLAINTIFF**

v.

**SAL IWEIMRIN** *et al.*                                                        **DEFENDANTS**

## ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that:

Plaintiff's claims against Defendant Sal Iweimrin are **DISMISSED** pursuant 28 U.S.C. § 1915(e)(2)(b)(i) and (ii) as frivolous and for failure to state a claim on which relief may be granted.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 25, 2009

*[signature]*

**John G. Heyburn II, Judge**
**United States District Court**

cc:     Plaintiff, *pro se*
         Counsel of record
         Defendant Sal Iweimrin
4412.008